EPPES TUCKER, JR., *Appellant,* v. CAROLINA,FLORIDA IN- VESTMENT COMPANY, A CORPORATION, *Appellee.*

Decision Filed May 14, 1920.

An Appeal from Orders of the Circuit Court within and for County of Polk; John S. Edwards, Judge.

*James F. Glen,* for Appellant;

*Whitney, Spencer & Bryant,* for Appellee.

PER CURIAM.—This cause having heretofore been sub- mitted to the Court upon the transcript of the record of the Orders aforesaid, and argument of counsel for the re- spective parties, and the record having been seen and inspected, and the Court being now advised of its judg- ment to be given in the premises, it is considered, ordered and decreed that the orders herein granting a temporary injunction and denying a. motion to dissolve the injunc- tion, and appealed from, are reversed on the authority of Coker v. Dawkins, 21 Fla. 141, with directions to dismiss the bill of complaint at the cost of the complainant ap- pellee.

It is so ordered.

All concur.